UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BMO HARRIS BANK, N.A.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GREENWAY TRANSPORT, INC., *et al.*,<br><br>　　　　Defendants. | No. 2:19-cv-02436-KJM-JDP<br><br>ORDER VACATING THE CLERK'S ENTRY OF DEFAULT AND DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT WITHOUT PREJUDICE<br><br>ECF Nos. 19, 20 |

　　　　This case is before the court on plaintiff's motion for default judgment against defendants Greenway Transport, Inc. and Ajaypal Dhaliwal. ECF No. 20.[1] On October 7, 2021, the court heard plaintiff's motion and discussed whether defendants were properly served with a copy of the summons and complaint. As discussed at the hearing, plaintiff has not established proper service. *See* ECF Nos. 14, 15. Accordingly, plaintiff's motion for default judgment is denied without prejudice to renewal, and the entry of defendants' default is vacated. *See Hale v. Evidencia Display*, 2015 WL 4624881, at *2 (C.D. Cal. Aug. 3, 2015) ("Entry of default must be set aside if the defendant was not served properly."); *see also Direct Mail Specialist, Inc. v. Eclat Computerized Techs., Inc.*, 840 F.2d 685, 688 (9th Cir. 1988) ("A federal court does not have jurisdiction over a defendant unless the defendant has been served properly under Fed. R. Civ. P.

---

[1] This matter was referred to me under Eastern District of California Local Rule 302(c)(19) and 28 U.S.C. § 636(b)(1).

4.").

The denial of plaintiff's motion is without prejudice to renewal upon properly serving defendants, their failure to timely respond to the complaint in accordance with the Federal Rules of Civil Procedure, and the Clerk's entry of its default.

Accordingly, it is hereby ordered that:

1. The Clerk's June 1, 2021 entry of defendants' default is vacated.  ECF No. 19.
2. Plaintiff's motion for default judgment is denied without prejudice.  ECF No. 20.

IT IS SO ORDERED.

Dated:    October 7, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2