UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BMO Harris Bank, N.A., | No. 2:19-cv-02436-KJM-JDP |
| Plaintiff, | ORDER |
| v. | |
| Greenway Transport, Inc., et al., | |
| Defendants. | |

The defendants have not appeared in this action. On October 8, 2021, the assigned Magistrate Judge vacated the Clerk's entry of default and denied the plaintiff's motion for default judgment without prejudice. ECF No. 24. On October 18, 2021, the court set a status (pretrial scheduling) conference for December 16, 2021 and directed the parties to file a status report no later than fourteen days before the conference. ECF No. 25.

No status report has been filed. The status (pretrial scheduling) conference is **vacated and reset for January 27, 2022 at 2:30 p.m.** before the undersigned, with a joint statement due no later than **fourteen days prior**. The failure to comply with this and other court orders may result in sanctions, including monetary sanctions and dismissal.

Plaintiff is directed to serve a copy of this order on defendants not yet appearing.

IT IS SO ORDERED.

DATED: December 13, 2021.

CHIEF UNITED STATES DISTRICT JUDGE